# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JASON SMITH

NO. 2026 KW 0034

**MAY 4, 2026**

---

In Re:   Jason Smith, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 18-CR10-139979.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT GRANTED.** The district court is ordered to act on relator's motion for production of documents, if it has not already done so. A copy of the district court's action shall be filed in this court on or before July 30, 2026.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT